# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| RONALD MIGUEL WATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:21-cv-00186-KOB-JHE |
| ) | |
| OFFICER M. ALBRITTON, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

Plaintiff Ronald Miguel Watson filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, alleging violations of his rights under the Constitution or laws of the United States. (Doc. 1). On January 12, 2023, the magistrate judge entered a report recommending the court grant Defendant Albritton's motion for summary judgment. (Doc. 23). Although the magistrate judge advised the parties of their right to file specific written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, Defendant Albritton's motion for summary judgment is due to be granted.

The court will enter a separate Final Judgment.

DONE and ORDERED this 6th day of February, 2023.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE